of Appeal, First Circuit, Parish of Terrebonne.   189 So.2d 84.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

190 So.2d 240

Leonard P. SANDERS

v.

Shirley WILLIAMS, wife of
Leonard P. SANDERS.

No. 48353.

Oct. 7, 1966.

In re: Leonard P. Sanders applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans.   188 So.2d 192.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.